Paul J. Hickey, Esq. (5-1431)
Richard D. Bush, Esq. (5-2647)
John A. Coppede, Esq. (5-2485)
HICKEY & EVANS, LLP
1800 Carey Avenue, Suite 700
P.O. Box 467
Cheyenne, WY 82003-0467
Ph: (307) 634-1525
Fx: (307) 638-7335
*Attorneys for Defendants*
*Absaroka Capital Management, LLC and Kevin Barnes*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| SKYPEOPLE FRUIT JUICE, INC., <br><br> Plaintiff, <br><br> v. <br><br> ABSAROKA CAPITAL MANAGEMENT, LLC, a Wyoming LLC, KEVIN BARNES, an individual, and DOES 1 through 10, <br><br> Defendants. | Civil Action No. 11-CV-238F |

**ANSWER OF DEFENDANTS ABSAROKA CAPITAL MANAGEMENT, LLC AND KEVIN BARNES TO PLAINTIFF'S FIRST AMENDED COMPLAINT**

# EXHIBIT 5

# ZHAO JUNWEN AFF

# AFFIDAVI

I, Mr. ZHAO Junwen (赵军文先生), a PRC lawyer employed by the Beijing Jun You Law Firm (北京君佑律师事务所, "**Jun You**"), regarding my investigation into the following company's information recorded with the local Administration for Industry and Commerce ("AIC") in Shaanxi Province, AFFIRM THAT:

1. On July 20, 2011, Jun You was engaged by Ms. Yuanming WANG at the Beijing Office of Akin Gump Strauss Hauer & Feld, LLP, to conduct searches for the business files recorded with the relevant AICs, and I was assigned by Mr. Kelvin Wenke ZHAO (赵文科先生), a partner at Jun You and the leader of this project, to search for the files of Shaanxi Qiyiwangguo Modern Organic Agriculture Co. (陕西奇异王果现代有机农业有限公司, "Qiyiwangguo") and SkyPeople Juice Group Corporation (天人果汁集团股份有限公司, "SkyPeople") recorded with the relevant AICs in Shaanxi Province.

2. On July 25, 2011, I arrived at Zhouzhi County Administration for Industry and Commerce (周至县工商行政管理局, "**Zhouzhi AIC**") to search for files about Qiyiwangguo recorded with the local AIC. I was advised by the head of the Information Agency at the Zhouzhi AIC, who was the competent official, that the files about Qiyiwangguo had been partly transferred to the Xi'an Municipal Administration for Industry and Commerce to be scanned as electronic archives, and might be returned within a certain period of time. Thus, I requested the head of the Information Agency to issue a statement regarding the aforementioned situation, but was refused by that official, who advised me that there was no such practice to provide such a statement.

3. On the afternoon of July 25, 2011, after I had finished my search with the Zhouzhi AIC, I received a phone call on my cell phone from a person, who asked me why I was conducting an investigation into the company in Zhouzhi, and whether I was planning to sue that company.

4. On August 1, 2011, I again received a call on my cell phone from a fixed line or personal hand-phone system in Xi'an (phone number is 02988470534). The caller refused to identify himself. The man told me to cease my investigation into that company in Zhouzhi, otherwise he would come down hard on me.

_____赵军文_____ [Signature]

_____ZHAO Junwen_____

DATE: August 9th, 2011

# 情况说明

本人，赵军文，是北京市君佑律师事务所的 聘用律师，就本人调查下述公司工商信息情况，特此作出如下说明：

1. 2011 年 7 月 20 日，北京市君佑律师事务所接受美国艾金岗波律师事务所北京代表处王远明女士的委托，由本所合伙人律师赵文科先生作为负责人，指派我赴陕西，对陕西奇异王果现代有机农业有限公司、天人果汁集团股份有限公司进行工商档案信息调查。

2. 我于 2011 年 7 月 25 日在周至县工商行政管理局，查询陕西奇异王果现代有机农业有限公司工商档案。该局主管领导即信息科长告知我：陕西奇异王果现代有机农业有限公司的部分工商档案，已送去西安市工商行政管理局进行电子档案扫描，可能需一段时间才能返还。我遂请求信息科长可否出具这一情况说明，该科长回答说没有这一惯例。

3. 在 2011 年 7 月 25 日下午，在我结束在周至县工商行政管理局的查询工作后，我接到了一个电话，该电话打至我的手机，询问我为什么要调查周至那家公司，是不是要起诉那家公司。

4. 在 2011 年 8 月 1 日，我接到通过西安座机或小灵通（电话号码为 02988470534）打来的电话，该电话打至我的手机。打电话的男子拒绝透露他的身份，该男子告知我，不要再调查周至那家公司了，否则会不客气。

_____[签字]
赵军文

日期：2011 年 8 月 __9__ 日