Paul J. Hickey, Esq. (5-1431)
Richard D. Bush, Esq. (5-2647)
John A. Coppede, Esq. (5-2485)
HICKEY & EVANS, LLP
1800 Carey Avenue, Suite 700
P.O. Box 467
Cheyenne, WY 82003-0467
Ph: (307) 634-1525
Fx: (307) 638-7335
*Attorneys for Defendants*
*Absaroka Capital Management, LLC and Kevin Barnes*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| SKYPEOPLE FRUIT JUICE, INC., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ABSAROKA CAPITAL MANAGEMENT, ) <br> LLC, a Wyoming LLC, KEVIN BARNES, an ) <br> individual, and DOES 1 through 10, ) <br> ) <br> Defendants. ) | Civil Action No. 11-CV-238F |

**ANSWER OF DEFENDANTS ABSAROKA CAPITAL MANAGEMENT, LLC AND KEVIN BARNES TO PLAINTIFF'S FIRST AMENDED COMPLAINT**

# EXHIBIT 6

# 3 AFFIDAVITS

# AFFIDAVIT

I, Ms. Yuanming WANG, a Senior Counsel at the Beijing Representative Office of Akin Gump Strauss Hauer & Feld, LLP ("**Akin Gump**"), AFFIRM THAT:

1. On July 20, 2011, I was instructed by Akin Gump's office in Washington DC to search for the files recorded with the relevant local Administration for Industry and Commerce ("**AIC**") in Provinces Shaanxi and Liaoning, P. R. China with regard to the business registration information and financial statements of the following three Chinese companies: (i) SkyPeople Juice Group Corporation (天人果汁集团股份有限公司); (ii) Shaanxi Qiyiwangguo Modern Organic Agriculture Co. (陕西奇异王果现代有机农业有限公司); and (iii) Huludao Wonder Fruit Co. (葫芦岛万佳果业有限责任公司). In particular, I was to determine whether the files of these three Chinese companies recorded with the relevant AICs contained the balance sheet or profit and loss statements for the year 2009.

2. As under Chinese law, only local Chinese lawyers are qualified to conduct searches with the AICs for business files recorded at the AICs, I then hired on the same day the Chinese lawyers Mr. Kelvin Wenke ZHAO (赵文科先生) and Mr. ZHAO Junwen (赵军文先生) of the Beijing Jun You Law Firm (北京市君佑律师事务所) to conduct the searches with the relevant local AICs in the two provinces.

3. Several days later, I received a total of 942 pages of files on the three Chinese companies listed in the first paragraph above, which the Chinese lawyers obtained from the relevant local AICs. Specifically, I received a total of 734 pages' files for SkyPeople Juice Group Corporation; a total of 82 pages' files for Shaanxi Qiyiwangguo Modern Organic Agriculture Co.; and a total of 126 pages' files for Huludao Wonder Fruit Co.

4. Upon a careful review of all of the pages' files, I have the following findings: (i) certain documents are missing from SkyPeople Juice Group Corporation's audit reports for the years of 2007, 2008 and 2009, which the Chinese lawyers gathered from the local AICs for us, including, it appears, the "Balance Sheet of Dec. 31, 2009 of SkyPeople" and "Profit Statement for the Year of 2009 of SkyPeople"; and (ii) no annual audit reports of either Qiyiwangguo Modern Organic Agriculture Co. or Huludao Wonder Fruit Co. were included among the documents that the Chinese lawyers gathered from the local AICs for us.

5. Based upon my understanding of the filing requirements of the AIC and in my professional judgment, it is abnormal for a company's annual audit reports filed with the AIC not to include such key attachments as the balance sheet and profit statements.

6. I arranged for all of the 942 pages of files on the three Chinese companies to be mailed to Mr. Lawrence T. Hoyle, Jr. by courier on August 5, 2011.

*[signature]*
WANG YUANMING
DATE: August 9, 2011

# AFFIDAVIT

I, Mr. Kelvin Wenke ZHAO(赵文科先生), a PRC lawyer and partner at Beijing Jun You Law Firm (北京市君佑律师事务所, "**Jun You**"), regarding my investigation into the following company's information recorded with the local Administration for Industry and Commerce ("AIC") in Liaoning Province, AFFIRM THAT:

1.  On July 20, 2011, Jun You was engaged by Ms. Yuanming WANG from the Beijing Office of Akin Gump Strauss Hauer & Feld, LLP to conduct searches for business files recorded with the relevant AICs, and I, as the leader of this project, conducted a search for the files of Huludao Wonder Fruit Co. (葫芦岛万佳果业有限责任公司, "**Huludao**") recorded with the local AIC in Liaoning.

2.  On July 25, 2011, I arrived at the Suizhong County Administration for Industry and Commerce (绥中县工商行政管理局, "**Suizhong AIC**") to search for Huludao's files recorded with the local AIC. I obtained all of the files about Huludao recorded with Suizhong AIC at that time, a total of about 120 pages.

3.  I found that, almost all of the aforementioned files were documents or materials related to the corporation, equity transfer or capital increase of Huludao, and there was no financial statements or audit reports with regard to Huludao's business operations available.

_(signature)_

Kelvin Wenke ZHAO

DATE: August 9, 2011

# 情况说明

本人，赵文科，是北京市君佑律师事务所合伙人、执业律师，就本人赴辽宁省调查下述公司工商信息情况，特此作出如下说明：

1. 2011年7月20日，北京市君佑律师事务所接受美国艾金岗波律师事务所北京代表处王远明女士的委托，我作为项目负责人，赴辽宁省，对葫芦岛万佳果业有限责任公司进行工商档案信息调查。

2. 我于2011年7月25日达到绥中县工商行政管理局，查询葫芦岛万佳果业有限责任公司工商档案信息。我取得了该公司在绥中县工商行政管理局存档的全部工商档案材料，共约120余页。

3. 我发现，前述材料大多为葫芦岛万佳果业有限责任公司的公司情况、股权转让或增资的材料；而并无任何有关葫芦岛万佳果业有限责任公司商业运营的财务报表或审计报告。

_____ [签字]

赵文科

日期：2011年8月_9_日

# AFFIDAVIT

I, Mr. ZHAO Junwen (赵军文先生), a PRC lawyer employed by Beijing Jun You Law Firm (北京君佑律师事务所, "**Jun You**"), regarding my investigation into the following companies' information recorded with the local Administration for Industry and Commerce ("AIC") in Shaanxi Province, AFFIRM THAT:

1. On July 20, 2011, Jun You was engaged by Ms. Yuanming WANG at the Beijing Office of Akin Gump Strauss Hauer & Feld, LLP, to conduct searches for the business files recorded with the relevant AICs, and I was assigned by Mr. Kelvin Wenke ZHAO (赵文科先生), a partner at Jun You and the leader of this project, to search for the files of Shaanxi Qiyiwangguo Modern Organic Agriculture Co. (陕西奇异王果现代有机农业有限公司, "**Qiyiwangguo**") and SkyPeople Juice Group Corporation (天人果汁集团股份有限公司, "**SkyPeople**") recorded with the relevant AICs in Shaanxi Province.

2. On July 25, 2011, I arrived at the Zhouzhi County Administration for Industry and Commerce (周至县工商行政管理局, "**Zhouzhi AIC**") to search for Qiyiwangguo's files recorded with local AIC. I was advised that the files about Qiyiwangguo had been partly transferred to the Xi'an Municipal Administration for Industry and Commerce (西安市工商行政管理局, "**Xi'an AIC**") to be scanned as electronic archives, and that only documents from previous company registrations, and various registration modifications by Qiyiwangguo, were still being retained by the Zhouzhi AIC at that time. Thus, I obtained all the files on Qiyiwangguo recorded with the Zhouzhi AIC at that time, a total of approximately 80 pages. I did not find any financial statements of Qiyiwangguo available from these files.

3. On July 26, 2011, I arrived at the Xi'an AIC to search for SkyPeople's files recorded with the local AIC. I obtained all of the files about SkyPeople recorded with the Xi'an AIC at the time, a total of over 700 pages, including the Audit Report for the Year of 2009 on SkyPeople. I found that pages from some of the AIC's files on SkyPeople were missing, such as certain attachments of the audit reports of SkyPeople for the years of 2007, 2008 and 2009. Audit Report for the Year of 2010 of SkyPeople was not available from these AIC's files.

_____ [Signature]

ZHAO Junwen

DATE: August 9th, 2011

# 情况说明

　　本人，赵军文，是北京市君佑律师事务所的 聘用律师，就本人调查下述公司工商信息情况，特此作出如下说明：

1. 2011 年 7 月 20 日，北京市君佑律师事务所接受美国艾金岗波律师事务所北京代表处王远明女士的委托，由本所合伙人律师赵文科先生作为负责人，指派我赴陕西，对陕西奇异王果现代有机农业有限公司、天人果汁集团股份有限公司进行工商档案信息调查。

2. 我于 2011 年 7 月 25 日到达周至县工商行政管理局，查询陕西奇异王果现代有机农业有限公司工商档案。我被告知，该公司的部分工商档案，已送去西安市工商行政管理局进行电子档案扫描；现仅有该公司较早前的公司注册及注册事项变更材料。遂我取得了该公司当时在周至县工商行政管理局存档的全部工商档案材料，共约 80 余页。我发现这些材料中不包括该公司的任何财务报表。

3. 我于 2011 年 7 月 26 日到达西安市工商行政管理局，查询天人果汁集团股份有限公司的工商档案，并取得了该公司当时在西安市工商行政管理局存档的全部工商档案材料，共约 700 多页，其中包括天人果汁 2009 年度审计报告。我发现：该公司的工商档案材料的复印件有缺页现象，例如，该公司 2007 年、2008 年、2009 年度审计报告的某些附件缺失。这些工商档案材料中不含天人果汁 2010 年度审计报告。

　　　　　　　　　　　　　　　　　　　　　　　　_赵军文_ [签字]
　　　　　　　　　　　　　　　　　　　　　　　　　赵军文
　　　　　　　　　　　　　　　　　　　　　　日期：2011 年 8 月 9 日