Paul J. Hickey, Esq. (5-1431)
Richard D. Bush, Esq. (5-2647)
John A. Coppede, Esq. (5-2485)
HICKEY & EVANS, LLP
1800 Carey Avenue, Suite 700
P.O. Box 467
Cheyenne, WY 82003-0467
Ph: (307) 634-1525
Fx: (307) 638-7335
*Attorneys for Defendants*
*Absaroka Capital Management, LLC and Kevin Barnes*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| SKYPEOPLE FRUIT JUICE, INC., | ) |
| Plaintiff, | ) ) ) |
| v. | ) Civil Action No. 11-CV-238F |
| ABSAROKA CAPITAL MANAGEMENT, LLC, a Wyoming LLC, KEVIN BARNES, an individual, and DOES 1 through 10, | ) ) ) ) ) |
| Defendants. | ) |

**ANSWER OF DEFENDANTS ABSAROKA CAPITAL MANAGEMENT, LLC AND KEVIN BARNES TO PLAINTIFF'S FIRST AMENDED COMPLAINT**

# EXHIBIT 7

# SPU-SAIC RECONCILIATION SKYPEOPLE

# SkyPeople Juice Group Co.
## 2009 SAIC Financial Information Provided by Inter-Credit

> Note: Red-box highlighting of a financial information line item indicates it has been independently corroborated by the documents retrieved by Akin Gump Strauss Hauer & Feld LLP

2009年12月31日  会外年企 01表

编制单位：天人果汁集团股份有限公司    金额单位：人民币元

| 资产 | 行次 | 年初数 | 期末数 | 负债及所有者权益 | 行次 | 年初数 | 期末数 |
|---|---|---|---|---|---|---|---|
| 流动资产： | | BS-1A | BS-1B | 流动负债： | | | |
| 货币资金 | 1 | 4,983,380.23 | 1,538,769.62 | 短期借款 | 33 | BS-33 | 28,000,000.00 |
| 短期投资 | 2 | | | 应付票据 | 34 | | 24,000,000.00 |
| 应收票据 | 3 | | | 应付账款 | 35 | BS-35 | 27,865,613.20 |
| 应收账款 | 4 | BS-4 | 1,955,182.43 | 预收账款 | 36 | | |
| 减：坏账准备 | 5 | | | 其他应付款 | 37 | BS-37 | 69,608,581.55 |
| 应收账款净额 | 6 | BS-4 | 1,955,182.43 | 应付工资 | 38 | | 67,859.00 |
| 预付账款 | 7 | BS-7 | 23,449,136.50 | 应付福利费 | 39 | | 125,900.90 |
| 应收补贴款 | 8 | 3,038,332.84 | 297,360.53 | 未交税金 | 40 | BS-40 | -1,308,752.37 |
| 其他应收款 | 9 | BS-9 | 117,079,601.43 | 未付利润 | 41 | | |
| 存货 | 10 | BS-10 | 160,602.59 | 其他未交款 | 42 | BS-42 | 1,993.98 |
| 待摊费用 | 11 | BS-11 | 5,462.74 | 预提费用 | 43 | | 453,802.30 |
| 长期待摊费用 | 12 | | | 一年内到期的长期负债 | 44 | | |
| 其他流动资产： | 13 | | | 其他流动负债： | 45 | | |
| | 14 | | | 流动负债合计 | 46 | BS-46 | 124,167,436.36 |
| 流动资产合计 | 15 | SUMMATION | 144,486,205.84 | 长期负债： | 47 | | |
| 长期投资 | 16 | | | 长期借款 | 48 | | |
| 其中：长期投资 | 17 | BS-17 | 50,909,576.47 | 应付债券 | 49 | | |
| 长期投资合计 | 18 | BS-18 | 50,909,576.47 | 长期应付款 | 50 | BS-50 | 605,000.00 |
| 固定资产： | 19 | | | 专项应付款 | 51 | | |
| 固定资产原价 | 20 | BS-20 | 1,895,111.34 | 长期负债合计 | 52 | BS-52 | 605,000.00 |
| 减：累计折旧 | 21 | BS-21 | 587,701.43 | 负债合计 | 53 | SUMMATION | 124,772,436.36 |
| 固定资产净值 | 22 | BS-22 | 1,307,409.91 | 所有者权益： | 54 | | |
| 待处理固定资产净损失 | 23 | | | 实收资本 | 55 | BS-55 | 88,000,000.00 |
| 在建工程 | 24 | | | 国家资本 | 56 | | |
| 固定资产合计 | 25 | BS-25 | 1,307,409.91 | 集体资本 | 57 | | |
| 无形及递延资产： | 26 | | | 法人资本 | 58 | | |
| 无形资产 | 27 | BS-27 | 722,140.22 | 资本公积 | 59 | 251,433.65 | 39,368,242.18 |
| 递延资产 | 28 | | | 盈余公积 | 60 | | |
| 无形及递延资产合计 | 29 | BS-29 | 722,140.22 | 其中：公益金 | 61 | | |
| 其他长期资产： | 30 | | | 未分配利润 | 62 | IS-25/BS-62 | |
| 其他长期资产 | 31 | | | 所有者权益合计 | 63 | 76,951,603.52 | 72,652,896.08 |
| 资产总计 | | SUMMATION | 197,425,332.46 | 负债及所有者权益总计 | 64 | SUMMATION | 197,425,332.44 |

2009年度 会外年企02表

编制单位：天人果汁集团股份有限公司   单位：元

| 项目 | 行次 | | 本年数 |
|---|---|---|---|
| 一、主营业务收入 | 1 | IS-1 | 24,623,598.73 |
| 减：销售折扣与折让 | 2 | | |
| 主营业务收入净额 | 3 | IS-1 | 24,623,598.73 |
| 减：主营业务成本 | 4 | IS-4 | 21,573,772.93 |
| 营业费用 | 5 | IS-5 | 2,995,588.25 |
| 主营业务税金及附加 | 6 | | |
| 二、主营业务利润 | 7 | | 54,237.55 |
| 加：其他业务利润 | 8 | | |
| 减：管理费用 | 9 | IS-9 | 7,276,447.94 |
| 财务费用 | 10 | IS-10 | 6,357,180.02 |
| 三、营业利润 | 11 | | -13,579,390.41 |
| 加：投资收益 | 12 | IS-12 | 10,853,941.24 |
| 补贴收入 | | IS-12A | 10,614,800.00 |
| 营业外收入 | 13 | IS-13 | 12,283.00 |
| 减：营业外支出 | 14 | IS-14 | 882,675.74 |
| 以前年度损益调整 | 15 | IS-15 | -28,726,591.58 |
| 四、利润总额 | 16 | SUMMATION | -43,415,515.97 |
| 减：所得税 | 17 | | |
| 五、净利润（净亏损以"-"号表示） | 18 | SUMMATION | -43,415,515.97 |
| 加：年初未分配利润 | 19 | | -11,299,830.13 |
| 盈余公积转入 | 20 | | |
| 三线补贴收入 | 21 | | |
| 六、可供分配的利润 | 22 | IS-25/BS-62 | -54,715,346.10 |
| 减：提取法定盈余公积 | 23 | | |
| 提取法定公益金 | 24 | | |
| 七、可供股东分配的利润 | 25 | IS-25/BS-62 | -54,715,346.10 |
| 减：应付优先股股利 | 26 | | |
| 提取任意盈余公积 | 27 | | |
| 应付普通股股利 | 28 | | |
| 转作股本的普通股股利 | 29 | | |
| 八、未分配利润 | 30 | | -54,715,346.10 |

# SkyPeople Juice Group Co.
# SAIC Information Provided by Akin Gump

Note: Red box highlighting of an item indicates that the marked item is the same as an item in the financial information appended to Absaroka's Report dated June 1, 2011

# 外商投资企业联合年检报告书

（2009 年度）

> 谨此确认：本企业对年检报告书、资产负债表及损益表及提交的其他年检材料的真实性负责。



企业名称：
注 册 号：
登记机关：
填报日期：
法定代表人签名：
企业公章：
纸张类别：

中华人民共和国国家工商行政管理总局制
HTTP://WWW.SAIC.GOV.VN

## 企业基本情况表

| | | | |
|---|---|---|---|
| 企业名称 | 大人果汁集团股份有限公司 | | |
| 注册号 | 610000400000060 | | |
| 住所 | 西安市高新区高新路12号勒同大厦南楼东4座1403、1404室 | 邮政编码 | 710075 |
| 投资者名称 | | | |
| 中方 | 张剑 | | |
| 中方 | 薛红利 | | |
| 中方 | 师勇科 | | |
| 中方 | 周晓春 | | |
| 外方 | 太子汁实业控股集团公司 | 国别(地区) | 有效期限 |
| 外方 | | (国别/地区) | |
| 经营范围 | 预包装食品(浓缩果汁、果醋、果胶、浓化食品、果蔬、脱水果蔬、果蔬脂饮料、果酒、果醋的销售)(许可有效期至2013年10月10日)。生鲜食品、蔬菜种植机械及销售、仪器分析机构设立；有机农业、果业的深加工技术研究；高新技术产品的研究开发、技术服务；包装用品、玻璃制品生产、加工、销售；普通机械设备、塑料制品的制造、开发、生产、销售、自营商品和技术的进出口(国家限制公司经营或禁止进出口的商品和技术除外) | | |
| 企业类型 | 5210 | | |
| 法定代表人 | 薛红利 | 副董事长 | 薛勇科 | 总经理 | 师勇科 |
| 歇业、注销是否变更 | 否 | 歇业、注销变更登记日期 | 否 |
| 成立日期 | 2011.08.08 | 经营期限 | 自2011-08-08 至 |
| 经营项目是否需经审批或者许可 | 是 | 前置行政许可证件是否有效 | 否 |

二、出资情况表

| 投资总额 | | | | | |
|---|---|---|---|---|---|
| 注册资本 | 中方认缴 | | | | |
| | 外方认缴 | | 1060.0万美元 | | |
| 实收资本 | 中方实缴 | | | | |
| | 外方实缴 | | 1059.0万美元 | | |
| 出资方式 | 货币 | 实物 | 知识产权 | 土地使用权 | 其他 |
| 金额（万美元） | 1700.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| 本年度出资（万美元） | 中方 | 0.0 | 本年度内出资 | 中方 | 0.0 |
| | 外方 | 671.85 | | 外方 | 671.85 |

出期资本是否全部到位：是

分期出资情况

| 期数 | 规定日期 | 应缴出资（万美元） | | 实缴出资（万美元） | |
|---|---|---|---|---|---|
| | | 中方 | 外方 | 中方 | 外方 |
| 1 | | 0.0 | 0.0 | 0.0 | 0.0 |

欠缴出资原因

中方以国有资产出资时 | 0.0元人民币

## 三、对外投资情况表

| 投资企业名称 | 注册号 | 登记机关 | 投资额(万元) | 所占比例 |
|---|---|---|---|---|
| 葫芦岛万佳果业有限责任公司 | 211421000006775 | 绥中县工商行政管理局 | 5888.0 | 100.0 |
| 陕西奇异子果观光有机农业有限公司 | 610132400005871 | 周至县工商行政管理局 | 2864.0 | 70.1 |
| 西安成明农业科技有限公司 | 610100400006840 | 西安工商管理局 | 6.0 | 60.0 |
| 西安德鑫商务咨询有限公司 | 610100400006 | 西安工商管理局 | 6.0 | 60.0 |

## 四、分支机构情况表

| 分支机构名称 | 注册号 | 登记机关 | 是否备案 |
|---|---|---|---|
| 天人果汁集团股份有限公司咸阳分公司 | 610400-000900018 | 咸阳市工商行政管理局 | 是 |

五、本年度生产经营情况表

| 销售（营业）收入 | 2482369?.73元 | 其中：服务营业收入 | 0.00元 |
|---|---|---|---|
| 国内销售额 | 9682750.21元 | 其中：服务营业额 | 0.00元 |
| 利税总额 | 17496?.32元 | 其中：亏损 | 0.00元 |
| 利润总额 | -14088921.39元 | 净利润 | -14088921.39元 |
| 资产总额 | 173976195.94元 | 其中：长期投资 [BS-17/18] | 50909676.17元 |
| 负债总额 | 101929299.86元 | 其中：长期负债 [BS-50] | 695000.00元 |
| 进出口情况 | 国别（地区） | 出口额（万美元） | 进口额（万美元） |
| | 包时 | 15.29 | 0.0 |
| | 韩国 | 2.60 | 0.0 |
| | 美国 | 481.38 | 0.0 |
| | 加拿大 | 16.09 | |
| | | | |
| | | | |
| | | | |
| | 合计 | | |
| 验资（审计）机构名称 | 陕西华正有限责任会计师事务所 | | |
| 投产开业情况 | | 投产开业 | |
| 投产开业日期 | | 2007.04.03 | |
| 亏损及亏损主要原因 | 由于本企业主要产品用于外销，受金融危机影响严重，销售量大幅下降，及自身经营原因。 | | |
| 是否在包经营管理 | 否 | 承包者名称 | |

## 六、企业其他情况

| 企业代码 | | 610972... | |
|---|---|---|---|
| 所属行业 | 农、林、牧、渔业 | 行业代码 | 水果、坚果、饮料和香料作物的种植 |
| 企业类别 | | 允许类 | |
| 是否为投资性公司 | 是否为先进技术企业 | | 是否为产品出口企业 |
| 否 | 是 | | 是 |
| 从业人数 | 360 | 其中：外籍人员人数 | 3 | 本年度新增就业人数 | 10 |
| 批准日期 | 2007-09-03 | 批准证书号 | 陕外经贸商字[2007]0347号 |
| 国税登记证号 | 610198729949974 | 财政登记证号 | 610010001 |
| 地税登记证号 | 610198729949974 | 海关注册登记号 | 6101960109 |
| 外汇登记证号 | 610000070109 | 是否已报财务年报、季报 | 是 |