## 七、外汇情况表

| | 户数 | 其中异地账户开户数 | 其中境外账户开户数 | 核准换汇额度 |
|---|---|---|---|---|
| 经常项目账户 | | 0 | | 0.0 |
| 资本项目账户 | 0 | 0 | 0 | 0.0 |

| 盈余公积∗外方投资比例 | 资本公积∗外方投资比例 | 利润∗外方投资比例 | 亏损∗外方投资比例 | 本年度向境外汇出额 |
|---|---|---|---|---|
| 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |

| 本年度中方股东向外方股东转让股权金额 | 本年度外方股东已办理转股收汇外资外汇登记金额 | 本年度外方股东向中方股东转让股权金额 | 本年度境外借款累计发生额 | 本年度对外还本付息累计发生额 |
|---|---|---|---|---|
| 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |

| 本栏目限投资于境外的企业填写 | 本年度境内对境外投资款金额 | 历年累计对外投资款总额 | 本年度收回投资收益 | 历年累计收回投资收益 |
|---|---|---|---|---|
| 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |

## 工商登记联络员信息

| 姓名 | 付毛英 |
|---|---|
| 部门 | 总经办 |
| 联系电话 | 固定：(029) 88177001 |
| | 移动： |
| 电子邮箱 | |
| 联系地址 | 西 市碱新 路2号 |
| 邮政编码 | 710075 |

## 境外投资人、企业的境内法律文件送达接受人

| 名称（姓名） | |
|---|---|
| 地址 | |
| 邮政编码 | |
| 联系人 | |
| 联系电话 | 固定： |
| | 移动： |
| 电子邮箱 | |

陕西华正会计师事务所有限责任公司

华正审字[2010]060号

# 审 计 报 告

天人果汁集团股份有限公司：

我们审计了后附的天人果汁集团股份有限公司（以下简称贵公司）财务报表，包括 2009 年 12 月 31 日的资产负债表、2009 年度的利润表、现金流量表、所有者权益变动表、财务指标补充资料表和财务报表附注。

一、管理层对财务报表的责任

按照企业会计准则和《商品流通企业会计制度》的规定编制财务报表是贵公司管理层的责任，这种责任包括：（1）设计、实施和维护与财务报表编制相关的内部控制，以使财务报表不存在由于舞弊或错误而导致的重大错报；（2）选择和运用恰当的会计政策；（3）做出合理的会计估计。

二、注册会计师的责任

我们的责任是在实施审计工作的基础上对财务报表发表审计意见。我们按照中国注册会计师审计准则的规定执行了审计工作。中国注册会计师审计准则要求我们遵守职业道德规范，计划和实施审计工作以对财务报表是否不存在重大错报获取合理保证。

审计工作涉及实施审计程序，以获取有关财务报表金额和披露的审计证据。选择的审计程序取决于注册会计师的判断，包括对由于舞弊或错误导致的财务报表重大错报风险的评估。在进行风险评估时，我们考虑与财务报表编制相关的内部控制，以设计恰当的审计程序，但目的并非对内部控制的有效性发表意见。审计工作还包括评价管理层选用会计政策的恰当性和作出会计估计的合理性，以及评价财务报表的总体列报。

我们相信，我们获取的审计证据是充分、适当的，为发表审计意见提供了基础。

三、审计意见

我们认为，贵公司财务报表已经按照企业会计准则和《商品流通企业会计制度》的规定编制，在所有重大方面公允反映贵股份公司 2009 年 12 月 31 日的财务状况以及 2009 年度的经营成果。

附送：
1. 贵公司 2009 年 12 月 31 日资产负债表 1 份
2. 贵公司 2009 年度利润表 1 份
3. 贵公司 2009 年度现金流量表 1 份
4. 贵公司 2009 年度所有者权益变动表 1 份
5. 贵公司 2009 年度财务指标补充资料表 1 份
6. 贵公司 2009 年度会计报表附注 1 份

附件：
1. 事务所营业执照副本复印件 1 份
2. 注册会计师执业资格证书复印件   份

陕西华正会计师事务所有限责任公司    中国注册会计师：
中国·西安                        中国注册会计师：李存侠
桃园中路 89 号 阳明国际 20-04
传真：(029) 85226401
电话：(029) 85257566              二○一○年四月十四日

陕西华正会计师事务所有限责任公司    电话：(029) 85257566   传真：(029) 85226401

# 现金流量表
## 2009年度

编制单位：天人果汁集团股份有限公司　　　　　　　　　　　　　　　　会外年金03表
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　单位：元

| 项　目 | 行次 | 本期金额 | 上期金额 |
|---|---|---|---|
| 销售商品、提供劳务收到的现金 | 02 | 23,901,677.08 | 52,246,154.16 |
| 客户存款和同业存放款项净增加额 | 03 | | |
| 向中央银行借款净增加额 | 04 | | |
| 向其他金融机构拆入资金净增加额 | 05 | | |
| 收到原保险合同保费取得的现金 | 06 | | |
| 收到再保险业务现金净额 | 07 | | |
| 保户储金及投资款净增加额 | 08 | | |
| 处置交易性金融资产净增加额 | 09 | | |
| 收取利息、手续费及佣金的现金 | 10 | | |
| 拆入资金净增加额 | 11 | | |
| 回购业务资金净增加额 | 12 | | |
| 收到的税费返还 | 13 | 5,065,807.01 | 669,395.95 |
| 收到其他与经营活动有关的现金 | 14 | 59,250,487.29 | 62,509,172.23 |
| 经营活动现金流入小计 | 15 | 88,217,971.38 | 115,425,522.14 |
| 购买商品、接受劳务支付的现金 | 16 | 1,359,263.10 | 1,501,144.00 |
| 客户贷款及垫款净增加额 | 17 | | |
| 存放中央银行和同业款项净增加额 | 18 | | |
| 支付原保险合同赔付款项的现金 | 19 | | |
| 支付利息、手续费及佣金的现金 | 20 | | |
| 支付保单红利的现金 | 21 | | |
| 支付给职工以及为职工支付的现金 | 22 | 1,536,082.34 | 1,369,373.92 |
| 支付的各项税费 | 23 | 173,968.33 | 118,923.70 |
| 支付其他与经营活动有关的现金 | 24 | 121,723,370.49 | 111,289,673.19 |
| 经营活动现金流出小计 | 25 | 124,792,684.26 | 114,279,114.81 |
| 经营活动产生的现金流量净额 | 26 | -36,574,712.88 | 1,146,407.53 |
| 收回投资收到的现金 | 28 | | |
| 取得投资收益收到的现金 | 29 | | |
| 处置固定资产、无形资产和其他长期资产所收回 | 30 | | 35,000.00 |

# 现金流量表

2009年度

编制单位：天人果汁集团股份有限公司   会外年企03表   单位：元

| 项　目 | 行次 | 本期金额 | 上期金额 |
|---|---|---|---|
| 处置子公司及其他营业单位收回的现金净额 | 31 | | |
| 收到其他与投资活动有关的现金 | 32 | | 24,465.77 |
| 　　投资活动现金流入小计 | 33 | | 59,465.77 |
| 购建固定资产、无形资产和其他长期资产所支付的现金 | 34 | 1,136,099.50 | 48,700.00 |
| 投资支付的现金 | 35 | 60,000.00 | |
| 质押贷款净增加额 | 36 | | |
| 取得子公司及其他营业单位支付的现金净额 | 37 | | |
| 支付其他与投资活动有关的现金 | 38 | 348,822.21 | |
| 　　投资活动现金流出小计 | 39 | 1,544,921.71 | 48,700.00 |
| 投资活动产生的现金流量净额 | 40 | -1,544,921.71 | 10,765.77 |
| 吸收投资收到的现金 | 42 | | |
| 　其中：子公司吸收少数股东投资收到的现金 | 43 | | |
| 取得借款所收到的现金 | 44 | 107,753,056.41 | 85,550,000.00 |
| 发行债券收到的现金 | 45 | | |
| 收到其他与筹资活动有关的现金 | 46 | | |
| 　　筹资活动现金流入小计 | 47 | 107,753,056.41 | 85,550,000.00 |
| 偿还债务所支付的现金 | 48 | 66,748,685.00 | 84,996,331.12 |
| 分配股利、利润或偿付利息所支付的现金 | 49 | 5,833,558.47 | 1,232,607.60 |
| 　其中：子公司支付给少数股东的股利、利润 | 50 | | |
| 支付其他与筹资活动有关的现金 | 51 | 500,000.00 | 169,259.50 |
| 　　筹资活动现金流出小计 | 52 | 73,082,243.47 | 86,398,198.22 |
| 筹资活动产生的现金流量净额 | 53 | 34,670,812.94 | -848,198.22 |
| 四、汇率变动对现金及现金等价物的影响 | 54 | 4,211.04 | |
| 五、现金及现金等价物净增加额 | 55 | | |
| 　加：期初现金及现金等价物余额 | 56 | 4,983,380.23 | |
| 六、期末现金及现金等价物余额 | 57 | 1,538,769.62 | 4,983,380.23 |

BS-1B   BS-1A

IS-25/BS-62

## 财务指标补充资料表

2009年度                                          会外年会补01表

编制单位：天人果汁集团股份有限公司                      单位：元

| 项目 | 行次 | 本年数 | 上年数 |
|---|---|---|---|
| 一、企业基本情况指标 | 01 | | |
| （一）汇编企业户数 | 02 | | |
| 其中：产品出口企业户数 | 03 | | |
| 先进技术企业户数 | 04 | | |
| 高新技术企业户数 | 05 | 1.00 | 1.00 |
| 已交所得税企业户数 | 06 | 1.00 | 1.00 |
| （二）合同投资总额 | 07 | 88,000,000.00 | 88,000,000.00 |
| 其中：计划外金额 | 08 | 87,120,000.00 | 87,120,000.00 |
| （三）实际投资总额 | 09 | 88,000,000.00 | 88,000,000.00 |
| 其中：实际外资额 | 10 | 87,120,000.00 | 87,120,000.00 |
| （四）注册资本 | 11 | 88,000,000.00 | 88,000,000.00 |
| 其中：外方 | 12 | 87,120,000.00 | 87,120,000.00 |
| （五）进出口总额 | 13 | | |
| 其中：进口总额 | 14 | | |
| 出口总额 | 15 | | |
| （六）缴纳税收合计 | 16 | 31,115.48 | 66,396.33 |
| 1.关税 | 17 | | |
| 2.增值税 | 18 | | |
| 其中：进口环节增值税 | 19 | | |
| 3.消费税 | 20 | | |
| 其中：进口环节消费税 | 21 | | |
| 4.营业税 | 22 | | |
| 5.企业所得税 | 23 | | |
| 6.个人所得税 | 24 | 24,076.33 | 40,930.70 |
| 7.其他税金 | 25 | 31,115.48 | 66,396.33 |
| 其中：土地增值税 | 26 | | |
| 资源税 | 27 | | |
| 印花税 | 28 | 9,507.19 | 10,483.64 |
| 契税 | 29 | | |
| 城镇土地使用税 | 30 | | |
| 其他 | 31 | 21,608.29 | 55,912.69 |
| （七）中方职工各项社会保险 | 32 | 206,604.71 | 106,955.68 |
| 其中：养老保险 | 33 | 137,463.92 | 70,888.26 |
| 医疗保险 | 34 | 44,363.25 | 23,289.30 |
| 失业保险 | 35 | 17,024.85 | |
| 工伤保险 | 36 | 5,117.91 | |
| 生育保险 | 37 | 2,634.78 | |
| 其他 | 38 | | |