# 财务指标补充资料表

2009年度

编制单位：天人果汁集团股份有限公司

会外年企补01表

单位：元

| 项目 | 行次 | 本年数 | 上年数 |
|---|---|---|---|
| （八）住房公积金 | 39 | 26,100.00 | 27,500.00 |
| （九）场地使用费 | 40 | | |
| （十）海域使用金 | 41 | | |
| （十一）土地出让金 | 42 | | |
| （十二）实际工资总额 | 43 | 1,166,815.43 | 1,152,495.11 |
| 其中：外方职工实际工资总额 | 44 | | |
| （十三）全年平均职工人数 | 45 | 40.00 | 35.00 |
| 其中：外方职工人数 | 46 | 2.00 | |
| （十四）年人均工资 | 47 | 25,929.68 | 32,928.43 |
| 其中：中方职工年人均工资 | 48 | | |
| 外方职工年人均工资 | 49 | | |
| 二、利润分配指标 | 50 | | |
| 净利润（净亏损以"-"号填列） | 51 | -14,688,924.39 | -8,313,193.68 |
| 加：（一）年初未分配利润 | 52 | -8,313,193.68 | -41,505.36 |
| （二）其他调整因素 | 53 | -31,713,228.03 | -2,945,131.09 |
| 可供分配的利润 | 54 | -54,715,346.10 | -11,299,830.13 |
| 减：（一）提取法定公积金 | 55 | | |
| （二）提取职工奖励及福利基金 | 56 | | |
| （三）提取储备基金 | 57 | | |
| （四）提取企业发展基金 | 58 | | |
| （五）利润归还投资 | 59 | | |
| （六）其他 | 60 | | |
| 可供投资者分配的利润 | 61 | -54,715,346.10 | -11,299,830.13 |
| 减：（一）应付优先股股利 | 62 | | |
| 其中：应付中方 | 63 | | |
| 应付外方 | 64 | | |
| （二）提取任意公积金 | 65 | | |
| （三）应付普通股股利（利润） | 66 | | |
| 其中：应付中方 | 67 | | |
| 应付外方 | 68 | | |
| （四）转作资本（或股本）的普通股 | 69 | | |
| 其中：应付中方 | 70 | | |
| 应付外方 | 71 | | |
| （五）其他 | 72 | | |
| 未分配利润 | | -54,715,346.10 | -11,299,830.13 |

天人果汁集团股份有限公司

会计报表附注

（2009年度）

一、企业基本情况

天人果汁集团股份有限公司成立于2001年8月8日，位于西安市高新区高路二路缆12号协同大厦同馨阿A座4楼1403、1404室；企业法定代表人薛红科；注册资金8800万元人民币；企业类型为有限责任公司。主要从事预包装食品的销售、生产及鲜食果品、蔬菜的储藏及销售；有机农业、果业的深加工技术研究；高新技术产品的研究开发、技术服务、包装用品、纸箱的生产、加工、销售等。

二、企业采用的主要会计政策

1、会计制度：

企业执行《商品流通企业会计制度》。

2、会计期间：

采用公历制，1月1日至12月31日。

3、记账本位币：

以人民币为记账本位币。

4、记账基础和计价原则：

记账基础为权责发生制，计价原则为历史成本。

5、外币业务核算方法：无外币业务。

6、现金等价物的确定标准：

确认标准为企业持有的期限短、流动性强、易于转换为已知金额现金、价值变动风险很小的投资。

7、存货核算方法：

（1）低值易耗品摊销采用领用时一次摊销；

（2）存货采用实际成本法核算。

8、固定资产计价及其折旧核算方法：

（1）固定资产标准：

单位价值1000元以上，使用期限超过一年的房屋建筑物、机器设备、运输设备及其他与生产经营有关的设备、器具、工具等。



不属于生产经营的主要设备、物品，单价在2000元以上，并且使用年限超过两年的，均属固定资产。

(2) 固定资产计价

外购、自建固定资产按实际成本计价。

(3) 固定资产折旧方法

固定资产折旧采用"平均年限法"，按不同固定资产确定使用年限，计算折旧额，残值率为5%。

9、无形资产计价及摊销政策：外购无形资产按实际成本计价。

10、主要税项：

主要适用的税种和税率：

| 税种 | 税率 |
|---|---|
| 增值税 | 17% |
| 城建税 | 7% |
| 所得税 | 25% |

11、收入确认原则

以商品已经发出，同时收取价款或取得索取价款的凭证时作为销售收入的实现。

三、会计报表主要项目注释（除特别注明外，金额单位为人民币元）

1、货币资金期末余额：1,538,769.62元 ← BS-1B

| 序号 | 项目名称 | 期末数 | 备注 |
|---|---|---|---|
| 1 | 现金 | 255,323.76 | 人民币 |
| 2 | 银行存款 | 1,283,445.86 | 人民币 |
|  | 合计 | 1,538,769.62 |  |

2、应收账款期末余额：1,955,182.43元 ← BS-4

主要应收账款明细：

| 序号 | 单位 | 金额 | 备注 |
|---|---|---|---|
| 1 | 大连东达食品贸易公司 | 903,660.00 |  |
| 2 | 大连永盛贸易有限公司 | 616,520.00 |  |
| 3 | PANCHINA FOODS LIMITED | 505,901.00 |  |

大人东十集团股份有限公司会计报表附注

| | | |
|---|---|---|
| 4 | GREENLAND | 321,640.46 |
| 5 | 美冠= EXPROT | 281,856.90 |
| 6 | Ander juice inc | -923,648.52 |
| | 合 计 | 1,705,406 |

3、预付账款期末余额: 23,449,136.50 元 [BS-7] 万佳果业货款

4、其他应收款期末余额: 117,979,601.43 [BS-9]

其他应收款主要明细:

| 序号 | 单位 | 金额 | 备注 |
|---|---|---|---|
| 1 | 陕西大人果汁公司泾阳分公司 | 72,519,025.66 | |
| 2 | 西皮苑山房地产开发有限公司 | 11,020,000.00 | |
| 3 | 陕西丰和企业集团 | 9,880,000.00 | |
| 4 | 陕西富硕房地产开发公司 | 8,000,000.00 | |
| 5 | 西安合德投资咨询有限公司 | 5,472,675.00 | |
| | 合 计 | 106,891,700.66 | |

5、存货期末余额: 160,092.59元 [BS-10]

6、待摊费用期末余额: 5,462.74元 [BS-11]

7、固定资产及折旧

| 项目名称 | 期初余额 | 本期增加 | 本期减少 | 期末余额 |
|---|---|---|---|---|
| 固定资产 | 759,011.84 | 1,136,099.50 | | 1,895,111.34 [BS-20] |
| 累计折旧 | 333,745.67 | | | 587,701.43 [BS-21] |
| 净值合计 | 425,266.20 | | | 1,307,409.91 [BS-22] |

8、无形资产期末余额: 722,140.22元 [BS-27]

9、短期借款期末余额: 28,000,000.00元 [BS-33] 行款

10、应付账款期末余额: 27,865,613.20 [BS-35]

应付账款主要明细表:

| 序号 | 单位 | 金额 | 备注 |
|---|---|---|---|
| 1 | 咸阳市国有资产监督管理委员会 | 23,802,905.02 | |
| 2 | 大西奇异王果有机农业有限公司 | 185,213.90 | |
| 3 | 西安海州运物公司 | 63,108.00 | |

永大实业集团股份有限公司会计报表附注

| | | |
|---|---|---|
| 4 | 西安海纳雾担装饰运输公司 | 14,767.20 |
| 5 | 永人股份公司泾阳分公司 | -5,587,119.59 |
| 6 | 葫芦岛万佳果业 | -641,419.08 |
| | 合计 | 27,753,014.50 |

11、其他应付款期末余额：69,608,581.55元。 ← BS-37

其他应付款主要明细：

| 序号 | 单位 | 金额 | 备注 |
|---|---|---|---|
| 1 | 陕西合德创业投资咨询有限公司 | 45,848,657.41 | |
| 2 | 西安德惠投资咨询有限公司 | 12,576,200.00 | |
| 3 | 虎口拔士条 | 4,600,000.00 | |
| 4 | 薛勇利 | 1,954,712.35 | |
| 5 | 杜源 | 1,386,742.00 | |
| | 合计 | 66,286,311.76 | |

12、未交税金期末余额：1,308,752.37元。 ← BS-40
13、其他未交款期末余额：1,993.98元。 ← BS-42
14、长期应付款期末余额：605,000.00元。 ← BS-50
15、实收资本期末余额：88,000,000.00元。 ← BS-55

| 投资名称 | 期初金额 | 本期增加 | 本期减 | 期末金额 |
|---|---|---|---|---|
| 太平洋实业总股集团公司 | 87,120,000.00 | | | 87,120,000.00 |
| 郎勇利 | 264,000.00 | | | 264,000.00 |
| 薛红利 | 264,000.00 | | | 264,000.00 |
| 门晓军 | 176,000.00 | | | 176,000.00 |
| 桑 源 | 176,000.00 | | | 176,000.00 |
| 合计 | 88,000,000.00 | | | 88,000,000.00 |

16、资本公积期末余额：39,368,242.18元，本年增加39,116,808.53元，为调整长投股权投资增加额。

17、未分配利润期末余额：-54,715,346.10元。 ← BS-62/IS-25
18、主营业务收入本年发生额：24,623,598.73元。 ← IS-1
19、主营业务成本本年发生额：21,573,772.93元。 ← IS-4
20、营业费用本年发生额：2,995,588.25元。 ← IS-5

4

大人泉庆集团股份有限公司会计决算附注

| 序号 | 费用项目 | 金额 | 备注 |
|---|---|---|---|
| 1 | 运运费 | 1,200.00 | |
| 2 | 办公费 | 7,795.84 | |
| 3 | 差旅费 | 26,304.60 | |
| 4 | 商检费 | 50,662.50 | |
| 5 | 运杂费 | 1,065,791.80 | |
| 6 | 预付费 | 21,349.00 | |
| 7 | 招待费 | 23,122.15 | |
| 8 | 交通费 | 1,473.90 | |
| 9 | 仓储保管 | 126,498.00 | |
| 10 | 修理费 | 50,542.50 | |
| 11 | 港杂费 | 262,254.00 | |
| 12 | 宣传费 | 214,000.00 | |
| 13 | 星级邮咨询费 | 2,800.00 | |
| 14 | 会议费 | 1,073,785.00 | |
| 15 | 其它 | 68,098.27 | |
| | 合计 | 2,995,568.25 | **IS-5** |

21、管理费用本年发生额：7,276,447.94元  **IS-9**

| 序号 | 费用项目 | 金额 | 备注 |
|---|---|---|---|
| 1 | 工资 | 1,190,836.43 | |
| 2 | 福利费 | 17,998.60 | |
| 3 | 办公费 | 675,656.07 | |
| 4 | 折旧费 | 253,985.76 | |
| 5 | 差旅费 | 84,504.80 | |
| 6 | 业务费用 | 113,594.81 | |
| 7 | 咨询顾问费 | 992,118.64 | |
| 8 | 招待费 | 716,562.71 | |
| 9 | 招待费 | 122,361.45 | |
| 10 | 工会经费 | 463.08 | |
| 11 | 职工教育经费 | 21,851.43 | |
| 12 | 税金 | 70,920.88 | |

天人果汁集团股份有限公司会计报表附注

| 13 | 交通费 | 48,611.54 |
|----|--------|-----------|
| 14 | 劳动保险费 | 157,488.41 |
| 15 | 人证市核费 | 18,500.00 |
| 16 | 退休费 | 83,189.31 |
| 17 | 物业税 | 208,431.76 |
| 18 | 保险费 | 114,961.67 |
| 19 | 会议费 | 700.00 |
| 20 | 住办公积金 | 18,900.00 |
| 21 | 租用费 | 843,736.66 |
| 22 | 代理费 | 14,400.00 |
| 23 | 其它 | 1,559,627.63 |
|    | 合计 | 7,276,447.94 |

22、财务费用本年发生额：6,357,180.02 元    ← IS-10

| 序号 | 费用项目 | 金额 | 备注 |
|------|----------|------|------|
| 1 | 利息 | 5,810,053.70 | |
| 2 | 手续费 | 543,582.37 | |
| 3 | 汇兑损益 | 3,543.95 | |
|   | 合计 | 6,357,180.02 | |

← IS-10

23、投资收益本年发生额：10,853,941.24 元    ← IS-12
24、补贴收入本年发生额：10,614,800.00 元    ← IS-12A
25、营业外收入本年发生额：12,283.00 元    ← IS-13
26、营业外支出本年发生额：882,675.74 元    ← IS-14
27、以前年度损益调整本年发生额：28,726,591.68 元    ← IS-15

四、其他事项

本公司编制会计报表时未考虑以前年度损益调整科目对报表年初数的影响。



天人果汁集团股份有限公司
二〇〇九年十二月三十一日