Paul J. Hickey, Esq. (5-1431)
Richard D. Bush, Esq. (5-2647)
John A. Coppede, Esq. (5-2485)
HICKEY & EVANS, LLP
1800 Carey Avenue, Suite 700
P.O. Box 467
Cheyenne, WY 82003-0467
Ph: (307) 634-1525
Fx: (307) 638-7335
*Attorneys for Defendants*
*Absaroka Capital Management, LLC and Kevin Barnes*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| SKYPEOPLE FRUIT JUICE, INC., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ABSAROKA CAPITAL MANAGEMENT, ) <br> LLC, a Wyoming LLC, KEVIN BARNES, an ) <br> individual, and DOES 1 through 10, ) <br> ) <br> Defendants. ) | Civil Action No. 11-CV-238F |

**ANSWER OF DEFENDANTS ABSAROKA CAPITAL MANAGEMENT, LLC AND KEVIN BARNES TO PLAINTIFF'S FIRST AMENDED COMPLAINT**

# EXHIBIT 8

# SPU-SAIC RECONCILIATION SHAANXI

# Shananxi Qiyiwangguo Modern Organic Agriculture Co.
## 2009 SAIC Financial Information Provided by Inter-Credit

Note: Red-box highlighting of a financial information line item indicates it has been independently corroborated by the documents retrieved by Akin Gump Strauss Hauer & Feld LLP

资产负债表
2009年12月31日

编制单位：陕西奇异王果现代有机农业有限公司　　　　单位：千元

| 资　产 | 期末余额 |
|---|---|
| 流动资产： | |
| 货币资金 | 220 |
| 交易性金融资产 | 0 |
| 应收票据 | 0 |
| 应收账款 | 710 |
| 预付款项 | 2,640 |
| 应收利息 | 0 |
| 应收股利 | 0 |
| 其他应收款 | 6,840 |
| 存货 | 10,880 |
| 一年内到期的非流动资产 | 0 |
| 其他流动资产 | 220 |
| 流动资产合计 | 21,510 |
| 非流动资产： | |
| 可供出售金融资产 | 0 |
| 持有至到期投资 | 0 |
| 长期应收款 | 0 |
| 长期股权投资 | 0 |
| 投资性房地产 | 0 |
| 固定资产 | 21,480 |
| 在建工程 | 3,930 |
| 工程物资 | 0 |
| 无形资产 | 0 |
| 开发支出 | 0 |
| 商誉 | 0 |
| 长期待摊费用 | 0 |
| 递延所得税资产 | 0 |
| 其他非流动资产 | 0 |
| 非流动资产合计 | 25,410 |
| 资产总计 | 46,920 |
| 流动负债： | |
| 短期借款 | 190 |
| 交易性金融负债 | 0 |
| 应付票据 | 0 |
| 应付账款 | 2,010 |
| 预收款项 | 0 |
| 应付职工薪酬 | 110 |
| 应交税费 | -110 |
| 应付利息 | 0 |

| | |
|---|---:|
| 应付股利 | 0 |
| 其他应付款 | 30,480 |
| 一年内到期的非流动负债 | 0 |
| 其他流动负债 | 470 |
| 流动负债合计 | 33,150 |
| 非流动负债 | |
| 长期借款 | 0 |
| 应付债券 | 0 |
| 长期应付款 | 0 |
| 专项应付款 | 0 |
| 预计负债 | 0 |
| 递延所得税负债 | 0 |
| 其他非流动负债 | 0 |
| 非流动负债合计 | 0 |
| 负债合计 | 33,150 |
| 所有者权益（或股东权益）合计 | 13,770 |
| 负债和所有者权益（或股东权益）合计 | 46,920 |

利润表

2009年12月31日

编制单位：陕西奇异干果现代有机农业有限公司    单位：千元

| 项　目 | 本年金额 |
|---|---:|
| 一、营业收入 | 2,040 |
| 　减：营业成本 | 1,680 |
| 　　　销售费用 | 340 |
| 　　　管理费用 | 2,870 |
| 　　　财务费用 | 0 |
| 　　　其他费用 | 10 |
| 三、利润总额（损失以"-"号填列） | -2,860 |
| 　减：所得税 | 0 |
| 四、净利润（损失以"-"号填列） | -2,860 |

## 公司登记基本情况

| 名　称 | 陕西奇异王果现代有机农业有限公司 | | | | |
|---|---|---|---|---|---|
| 住　所 | 西安市周至县马召镇四群村 | | | | |
| 注册号 | 610132100005871 ← **Registration Number** | | | | |
| 法定代表人 | 路坷 | 联系电话 | 82666105 | | |
| 注册资本 | 4000.000000（万元） | 出资方式 | 其他 | | |
| 实收资本 | 4000.000000（万元） | 出资方式 | 其他 | 成立日期 | 2002-12-23 |
| 登记机关 | 周至县工商行政管理局 | | | | |
| 管辖机关 | 周至县工商行政管理局 | | | | |
| 企业类型 | 其他有限责任公司 | | | | |
| 经营范围 | 许可经营项目：膨胀机果酒、果汁、果酱、饮品系列加工销售、鲜果贮销、农副产品深加工（许可证有效期至2011年06月15日）；高效农业、有机种植；植物饮料销售；自营和代理各类商品和技术的进出口经营（有效期至2012年10月13日）。（国家限定的商品和技术除外）*****  一般经营项目：（未取得专项许可的项目除外） | | | | |
| 营业期限 | 自 2004-03-20 年 | | | | |
| 所属行业 | 饮料业 | 行业代码 | 饮料食品制造业 | | |

| 股东情况 | 姓名或名称 | 认缴（万元） | 持股比例 | 实缴（万元） | 出资时间 |
|---|---|---|---|---|---|
| | 西安市泰美食品有限公司 | 354.000000 | 8.850000 | 354.000000 | 2002-12-23 |
| | 联合西部（集团）有限责任公司 | 842.000000 | 21.050000 | 842.000000 | 2008-05-09 |
| | 天人果汁集团股份有限公司 | 2804.000000 | 70.100000 | 2804.000000 | 2008-05-09 |

| 变更事项 | 变更前 | 变更后 | 变更日期 |
|---|---|---|---|
| 股东名称 | 陕西天人有机食品股份有限公司 | 天人果汁集团股份有限公司 | 2009-12 |
| 经营范围变更 | 许可经营项目：膨胀机果酒、果汁、果酱、饮品系列加工销售、鲜果贮销、农副产品深加工（许可证有效期至2009年08月08日）；高效农业、有机种植；植物饮料销售；自营和代理各类商品和技术的进出口经营。（国家限定的商品和技术除外）***** | 许可经营项目：膨胀机果酒、果汁、果酱、饮品系列加工销售、鲜果贮销、农副产品深加工（许可证有效期至2011年06月15日）；高效农业、有机种植；植物饮料销售；自营和代理各类商品和技术的进出口经营（有效期至2012年10月13日）。（国家限定的商品和技术除外）*****  一般经营项目：（未取得专项许可的项目除外） | 2010-07-15 ← **Event 01** |
| 住所变更 | 【变更前内容】住所：西安市凤城二路9号 | 【变更后内容】住所：西安市周至县马召镇四群村 | 2008-09-18 ← **Event 02** |
| 经营范围 | 【变更前内容】经营范围：膨胀机果酒、果汁、果酱、饮品系列、农副产品深加工（仅限分支机构经营） | 【变更后内容】经营范围：膨胀机果酒、果汁、果酱、饮品系列加工销售、鲜果贮销、农副产品深加工（许 | 2008-09-18 ← **Event 03** |

| | 变更前内容 | 变更后内容 | 日期 | 事件 |
|---|---|---|---|---|
| 变更 事项 | （许可证有效期至 2009 年 01 月 08 日）；高效农业、有效农业、有机种植、植物饲料销售（许可证有效期至 2010 年 7 月 27 日）；自营和代理各类商品和技术的进出口经营。（国家限定的商品和技术除外）***** | 许可证有效期至 2009 年 08 月 08 日）；高效农业、有机种植、植物饲料销售、自营和代理各类商品和技术的进出口经营。（国家限定的商品和技术除外）***** | | Event 03 |
| 登记 机关 变更 | 【变更前内容】登记机关代码:西安市工商行政管理局经开分局 610132 | 【变更后内容】登记机关:周至县工商行政管理局 610124 | 2008-09-18 | Event 04 |
| 投资 人(股 权)变 更 | 【变更前内容】股东名录：法人股东:西安市泰美食品有限公司 354.000000 陕西天人有机食品股份有限公司 3646.000000 自然人股东: | 【变更后内容】股东名录:法人股东:西安市泰美食品有限公司 354.000000 陕西天人有机食品股份有限公司 2804.000000 陕西西瑞（集团）有限责任公司 842.000000 自然人股东: | 2008-05-15 | Event 05 |
| 名称 变更 | 【变更前内容】名称序号:01000060426025 企业名称:西安天人现代有机农业有限公司 | 【变更后内容】名称序号:01000712180I2 企业名称:陕西猕果王果现代有机农业有限公司 | 2008-04-11 | Event 06 |
| 法定 代表 人变 更 | 【变更前内容】法定代表人:薛红旗 | 【变更后内容】法定代表人:路向 | 2008-04-11 | Event 07 |
| 投资 人(股 权)变 更 | 【变更前内容】股东名录：法人股东:西安市泰美食品有限公司 354.000000 陕西天人有机食品股份有限公司 3646.000000 自然人股东: | 【变更后内容】股东名录:法人股东:西安市泰美食品有限公司 354.000000 陕西天人有机食品股份有限公司 3646.000000 自然人股东: | 2008-04-11 | Event 08 |
| 其他 变更 (邮政 编码) | 【变更前内容】前置审批证件：批准文号:周卫监字 2007 第 11975 号 有效期限至:2007.12.31 | 【变更后内容】前置审批证件：批准文号:周卫监字 2007 第 11975 号 有效期限至:2009.01.08 | 2008-04-11 | Event 09 |
| 其他 变更 (邮政 编码) | 【变更前内容】注册号:61010112l0335 | 【变更后内容】注册号:610132100005871 | 2008-04-11 | Event 10 |
| 其他 变更 (邮政 编码) | 【变更前内容】前置审批证件：批准文号：有效期限至:2007.02.27 | 【变更后内容】前置审批证件：批准文号:周卫监字 2007 第 11975 号 有效期限至:2007.12.31 | 2007-04-23 | Event 11 |
| 投资 人(股 | 【变更前内容】股东名录：法人股东:陕西西瑞集团 有限公司 842.00 西安市泰美食品有限公司 | 【变更后内容】股东名录:法人股东:西安市泰美食品有限公司 354.00 陕西天人有机食品股份有限公司 | 2007-01-11 | Event 12 |

| | | | | |
|---|---|---|---|---|
| 权)变更 | 800.00 薛红阳 2008.00 自然人股东:齐淑菊 350.00 | 3646.00 自然人股东: | | Event 12 |
| 经营范围变更 | 【变更前内容】经营范围:猕猴桃果酒、果汁、果酱、饮品系列、农副产品深加工（仅限分支机构经营）（许可证有效期至 2006 年 12 月 31 日）；高效农业、有机种植、定型包装食品、饮料、瓶装酒的销售（许可证有效期至 2006 年 7 月 13 日）；自营和代理各类商品和技术的进出口经营。（国家限定的商品和技术除外）*** | 【变更后内容】经营范围:猕猴桃果酒、果汁、果酱、饮品系列、农副产品深加工（仅限分支机构经营）（许可证有效期至 2006 年 12 月 31 日）；高效农业、有机种植、植物饮料销售（许可证有效期至 2010 年 7 月 27 日）；自营和代理各类商品和技术的进出口经营。（国家限定的商品和技术除外）***** | 2006-08-14 | Event 13 |
| 名称变更 | 【变更前内容】名称序号:68357 企业名称:西安交大泰美现代农业有限公司 | 【变更后内容】名称序号:0100060426025 企业名称:西安天人现代有机农业有限公司 | 2006-06-20 | Event 14 |
| 投资人(股权)变更 | 【变更前内容】股东名录:法人股东:陕西合德创业投资管理有限公司 2008.00 陕西西瑞集团有限公司 842.00 西安市泰美食品有限公司 800.00 自然人股东:齐淑菊 350.00 | 变更后内容 股东名录:法人股东:薛红阳 2008.00 陕西西瑞集团有限公司 842.00 西安市泰美食品有限公司 800.00 自然人股东:齐淑菊 350.00 | 2006-06-20 | Event 15 |
| 董事备案 | 【变更前内容】副董事长:副总经理: | 【变更后内容】副董事长:刘志军 副总经理: | 2006-06-20 | Event 16 |
| 经理备案 | 【变更前内容】企业总经理: | 【变更后内容】企业总经理: | 2006-06-20 | Event 17 |
| 法定代表人变更 | 【变更前内容】法定代表人:汤存升 | 【变更后内容】法定代表人:薛红阳 | 2006-04-26 | Event 18 |
| 投资人(股权)变更 | 【变更前内容】股东名录:法人股东:西安交大前进科技（集团）有限公司 2008.00 陕西西瑞集团有限公司 842.00 西安市泰美食品有限公司 800.00 自然人股东:齐淑菊 350.00 | 变更后内容 股东名录:法人股东:陕西合德创业投资管理有限公司 2008.00 陕西西瑞集团有限公司 842.00 西安市泰美食品有限公司 800.00 自然人股东:齐淑菊 350.00 | 2006-04-26 | Event 19 |
| 经营范围变更 | 【变更前内容】经营范围:猕猴桃果酒、果汁、果酱、饮品系列、农副产品深加工（仅限分支机构经营）（许可证有效期至 2006 年 04 月 1 日）；高效农业、有机种植、定型包装食品、饮料、瓶装酒的销售（许可证有效期至 2006 年 7 月 13 日）；自营和代理各类商品和技术的进出口经营。（国家限定的商品和技术除外）*** | 【变更后内容】经营范围:猕猴桃果酒、果汁、果酱、饮品系列、农副产品深加工（仅限分支机构经营）（许可证有效期至 2006 年 12 月 31 日）；高效农业、有机种植、定型包装食品、饮料、瓶装酒的销售（许可证有效期至 2006 年 7 月 13 日）；自营和代理各类商品和技术的进出口经营。（国家限定的商品和技术除外）*** | 2006-04-26 | Event 20 |
| 董事备案 | 【备案前内容】：董事会、经理成员：董事长：汤存升 董事：许荣 扬奂卡 齐淑英 董事：张建龙 | 【变更后内容】：董事会、经理成员：董事长：薛红阳 董事：扬奂卡 吴传东 齐淑英 董事：刘志军 薛永 | 2006-04-26 | Event 21 |

| | | | |
|---|---|---|---|
| 法定代表人变更 | 【变更前内容】法定代表人:敖文利 | 【变更后内容】法定代表人:孙存卫 | 2006-04-21 ← Event 22 |
| 投资人(股权)变更 | 【变更前内容】股东名录:法人股东:西安市泰美食品有限公司 800.00 陕西西瑞集团有限公司 842.00 杨凌圣桑绿色食品有限公司 2008.00 自然人股东:齐淑菊 350.00 | 【变更后内容】股东名录:法人股东:西安交大启光科技(集团)有限公司 2008.00 陕西西瑞集团有限公司 842.00 西安市泰美食品有限公司 800.00 自然人股东:齐淑菊 350.00 | 2006-04-21 ← Event 23 |
| 董事备案 | 【备案前内容】:董事会、经理成员:董事长:孙存卫 董事:许朵 扬美玉 齐淑英 董事:惠建龙 刘志军 梁杰 齐淑菊 刘安都 经理:于华林 | 【变更后内容】:董事会、经理成员:董事长:孙存卫 董事:许朵 扬美玉 齐淑英 董事:惠建龙 刘志军 梁杰 齐淑菊 刘安都 经理:于华林 | 2006-04-21 ← Event 24 |
| 法定代表人变更 | 【变更前内容】法定代表人:孙存卫 | 【变更后内容】法定代表人:敖文利 | 2005-11-28 ← Event 25 |
| 投资人(股权)变更 | 【变更前内容】股东名录:法人股东:西安市泰美食品有限公司 800.00 陕西西瑞集团有限公司 842.00 西安交大启光科技集团有限公司 2008.00 自然人股东:齐淑菊 350.00 | 【变更后内容】股东名录:法人股东:西安市泰美食品有限公司 800.00 陕西西瑞集团有限公司 842.00 杨凌圣桑绿色食品有限公司 2008.00 自然人股东:齐淑菊 350.00 | 2005-11-28 ← Event 26 |
| 董事备案 | 【变更前内容】:董事会、经理成员:董事长:孙存卫 | 【变更后内容】:董事会、经理成员:董事长:敖文利 董事:扬美玉 等种运齐淑英 董事:惠建龙 敖文利 齐淑菊刘安都刘志军 经理:于华林 | 2005-11-28 ← Event 27 |
| 经营范围变更 | 【变更前内容】经营范围:高效农业、有机种植、鲜果、定型包装食品、饮料、瓶装酒的研究、生产、加工(仅限分支机构经营)(有效期至 2004 年 12 月 31 日)及销售(有效期至 2005 年 5 月 31 日);自营和代理各类商品和技术的进出口但国家限定公司经营或禁止进出口的商品和技术除外。 | 【变更后内容】经营范围:珠胶机果酒、果汁、果酱、饮品系列,农副产品深加工(仅限分支机构经营)(许可证有效期至 2006 年 04 月 1 日);高效农业、有机种植、定型包装食品、饮料、瓶装酒的销售(许可证有效期至 2006 年 7 月 13 日);自营和代理各类商品和技术的进出口经营。(国家限定的商品和技术除外:*** | 2005-10-28 ← Event 28 |
| 经营范围变更 | 【变更前内容】经营范围:珠胶机果酒、果汁、饮品系列的生产(限分支机构经营)销售(许可证有效期至 2007 年 01 月 27 日);自营和代理各类商品和技术的进出口但国家限定公司经营或禁止进出口的商品和技术除外。 | 【变更后内容】经营范围:高效农业、有机种植、鲜果、定型包装食品、饮料、瓶装酒的研究、生产、加工(仅限分支机构经营)(有效期至 2004 年 12 月 31 日)及销售(有效期至 2005 年 5 月 31 日);自营和代理各类商品和技术的进出口但国家限定公司经营或禁止进出口的商品和技术除外。 | 2004-06-14 ← Event 29 |



| 住所变更 | 【变更前内容】住所:西安市兴庆南路89号点光散据大厦8层 | 【变更后内容】住所:西安市凤城一路9号 | 2004-03-22 | Event 30 |
|---|---|---|---|---|
| 注册资本(金)变更 | 【变更前内容】注册资本:2850.00 | 【变更后内容】注册资本:4000.00 | 2004-03-22 | Event 31 |
| 经营范围变更 | 【变更前内容】经营范围:高效农业、有机特板、果品、食品、饮品、酒类的研究、生产、加工、销售;自营和代理各类商品和技术的进出口（国家规定公司经营或禁止进出口的商品和技术除外）。 | 【变更后内容】经营范围:甜酸梨果酒、果汁、饮品系列的生产（限分支机构经营）销售（许可证有效期至2007年01月27日）;自营和代理各类商品和技术的进出口但国家限定公司经营或禁止进出口的商品和技术除外。 | 2004-03-22 | Event 32 |

# Shananxi Qiyiwangguo Modern Organic Agriculture Co.
## SAIC Information Provided by Akin Gump

Note: Red box highlighting of an item indicates that the marked item is the same as an item in the financial information appended to Absaroka's Report dated June 1, 2011



| 字段 | 值 | 字段 | 值 |
|---|---|---|---|
| 经营(业务范围) | 许可经营项目：许可经营项目：鲜鲜桃果酒、果汁、果酒、饮品系列加工情况、农副产品深加工（详见） | | |
| 登记机关 | 610124周至县工商行政管理局 | 许可期限 | 牵业期限 |
| 管辖机关 | 610124周至县工商行政管理局 | 成立日期 | 2002-12-23 |
| 核准日期 | 2011-07-05 | 风险等级 | 二II级 |
| 信用级别 | A/A类 | | |
| 核定经营地域 | | 档案号 | 610124556 |
| 核定经营行业 | 0906农副产品加工企业 | 是否经纪人 | 是 / 否 |
| | | 市场单协管 | 是 / 否 |
| | | 是否欠伪户 | 是 / 否 |
| 股本数 | 1 | 设立方式 | |
| 备注 | | | （不超过500字） |
| 执照信息 | 1 | | |



| 变更日期 | 变更事项 | 变更前内容 | 变更后内容 |
|---|---|---|---|
| 2011-07-05 | 经营范围变更 | 许可经营项目：猕猴桃果酒、果汁、果酱、饮品系列加工销售、鲜果贮销、农副产品深加工（许可证有效期至2011年06月15日）；高效农业、有机种植、植物饮料销售；自营和代理各类商品和技术的进出口经营(有效期至2012年10月13日)。（国家限定的商品和技术除外）*****一般经营项目：(未取得专项许可的项目除外) | 许可经营项目：许可经营项目：猕猴桃果酒、果汁、果酱、饮品系列加工销售、鲜果贮销、农副产品深加工（许可证有效期至2011年06月15日）；高效农业、有机种植、植物饮料销售；自营和代理各类商品和技术的进出口经营(有效期至2012年10月13日)（国家限定的商品和技术除外）.一般经营项目*** 一般经营项目：*** |
| 2011-07-05 | 一般经营项目变更 | | *** |
| 2011-07-05 | 许可经营项目变更 | | 许可经营项目：猕猴桃果酒、果汁、果酱、饮品系列加工销售、鲜果贮销、农副产品深加工（许可证有效期至2011年06月15日）；高效农业、有机种植；植物饮料销售；自营和代理各类商品和技术的进出口经营(有效期至2012年10月13日)（国家限定的商品和技术除外）.一般经营项目*** |
| 2010-07-15 (Event 01) | 经营范围变更 | 猕猴桃果酒、果汁、果酱、饮品系列加工销售、鲜果贮销、农副产品深加工（许可证有效期至2009年08月08日）；高效农业、有机种植；植物饮料销售；自营和代理各类商品和技术的进出口经营。（国家限定的商品和技术除外）***** | 许可经营项目：猕猴桃果酒、果汁、果酱、饮品系列加工销售、鲜果贮销、农副产品深加工（许可证有效期至2011年06月15日）；高效农业、有机种植；植物饮料销售；自营和代理各类商品和技术的进出口经营(有效期至2012年10月13日)。（国家限定的商品和技术除外）*****一般经营项目：(未取得专项许可的项目除外) |
| 2008-09-18 (Event 04) | 登记机关 | 【变更前内容】登记机关代码:西安市工商行政管理局经开分局 610132 | 【变更后内容】登记机关:周至县工商行政管理局 610124 |

| Event | 日期 | 变更类型 | 变更前内容 | 变更后内容 |
|---|---|---|---|---|
| Event 02 | 2008-09-18 | 住所变更 | 【变更前内容】住所:西安市凤城一路9号 | 【变更后内容】住所:西安市周至县马召镇四群村 |
| Event 03 | 2008-09-18 | 经营范围变更 | 【变更前内容】经营范围:猕猴桃果酒、果汁、果酱、饮品系列、农副产品深加工(仅限分支机构经营)(许可证有效期至2009年01月08日);高效农业、有机种植;植物饮料销售(许可证有效期至2010年7月27日);自营和代理各类商品和技术的进出口经营.(国家限定的商品和技术除外)***** | 【变更后内容】经营范围:猕猴桃果酒、果汁、果酱、饮品系列加工销售、鲜果贮情、农副产品深加工(许可证有效期至2009年08月08日);高效农业、有机种植;植物饮料销售;自营和代理各类商品和技术的进出口经营、(国家限定的商品和技术除外)***** |
| Event 05 | 2008-05-15 | 投资人(股权)变更 | 【变更前内容】股东名录:法人股东:西安市秦美食品有限公司 354.000000 陕西天人有机食品股份有限公司 3646.000000 自然人股东: | 【变更后内容】股东名录:法人股东:西安市秦美食品有限公司 354.000000 陕西天人有机食品股份有限公司 2804.000000 陕西西煤(集团)有限责任公司 842.000000 自然人股东: |
| Event 10 | 2008-04-11 | 其他变更(邮政编码) | 【变更前内容】注册号:61010112103355 | 【变更后内容】注册号:610132100005871 |
| Event 08 | 2008-04-11 | 投资人(股权)变更 | 【变更前内容】股东名录:法人股东:西安市秦美食品有限公司 354.000000 陕西天人有机食品股份有限公司 3646.000000 自然人股东: | 【变更后内容】股东名录:法人股东:西安市秦美食品有限公司 354.000000 陕西天人有机食品股份有限公司 3646.000000 自然人股东: |
| Event 09 | 2008-04-11 | 其他变更(邮政编码) | 【变更前内容】前置审批证件:批准文号:周卫监字2007第11975号 有效期限至:2007.12.31 | 【变更后内容】前置审批证件:批准文号:周卫监字2007第11975号 有效期限至:2009.01.08 |
| Event 07 | 2008-04-11 | 法定代表人变更 | 【变更前内容】法定代表人:薛红利 | 【变更后内容】法定代表人:路丙 |
| Event 06 | 2008-04-11 | 名称 | 【变更前内容】名称序号:0100060426025 | 【变更后内容】名称序号:010007121801t2 企 |

| 事件 | 日期 | 变更类型 | 变更前内容 | 变更后内容 |
|---|---|---|---|---|
| Event 11 | 2007-04-23 | 其他变更（邮政编码） | 企业名称:西安天人现代有机农业有限公司【变更前内容】前置审批证件:批准文号:  有效期限至:2007.02.27 | 业名称:陕西奇异士果现代有机农业有限公司【变更后内容】前置审批证件:批准文号:周卫盈字2007第11975号 有效期限至:2007.12.31 |
| Event 12 | 2007-01-11 | 投资人(股权)变更 | 【变更前内容】股东名录:法人股东:陕西西瑞集团有限公司 842.00 西安市泰美食品有限公司 800.00 薛红利 2008.00 自然人股东:齐淑菊 350.00 | 【变更后内容】股东名录:法人股东:西安市泰美食品有限公司 354.00 陕西天人有机食品股份有限公司 3646.00 自然人股东: |
| Event 13 | 2006-08-14 | 经营范围变更 | 【变更前内容】经营范围:猕猴桃果酒、果汁、果酱、饮品系列、农副产品深加工（仅限分支机构经营）（许可证有效期至2006年12月31日）；高效农业、有机种植、定型包装食品、饮料、葡萄酒的销售（许可证有效期至2006年7月13日）；自营和代理各类商品和技术的进出口经营。（国家限定的商品和技术除外）*** | 【变更后内容】经营范围:猕猴桃果酒、果汁、果酱、饮品系列、农副产品深加工（仅限分支机构经营）（许可证有效期至2006年12月31日）；高效农业、有机种植、机物饮料销售（许可证有效期至2010年7月27日）；自营和代理各类商品和技术的进出口经营。（国家限定的商品和技术除外）***** |
| Event 15 | 2006-06-20 | 投资人(股权)变更 | 【变更前内容】股东名录:法人股东:陕西合德创业投资管理有限公司 2008.00 陕西西瑞集团有限公司 842.00 西安市泰美食品有限公司 800.00 自然人股东:齐淑菊 350.00 | 变更后内容】股东名录:法人股东:薛红利 2008.00 陕西西瑞集团有限公司 842.00 西安市泰美食品有限公司 800.00 自然人股东:齐淑菊 350.00 |
| Event 14 | 2006-06-20 | 名称变更 | 【变更前内容】名称序号:68357 企业名称:西安交大泰美现代农业有限公司 | 【变更后内容】名称序号:0100060426025 企业名称:西安天人现代有机农业有限公司 |
| Event 16 | 2006-06-20 | 董事备案 | 【变更前内容】副董事长: 副总经理: | 【变更后内容】副董事长:刘志军 副总经理: |
| Event 17 | 2006-06-20 | 经理备案 | 【变更前内容】企业总经理: | 【变更后内容】企业总经理: |
| Event 19 | 2006-04-26 | 投资人(股权)变更 | 【变更前内容】股东名录:法人股东:西安交大启光科技(集团)有限公司 2008.00 陕西西瑞集团有限公司 842.00 西安市泰美食品有限公司 800.00 自然人股东:齐淑菊 350.00 | 变更后内容】股东名录:法人股东:陕西合德创业投资管理有限公司 2008.00 陕西西瑞集团有限公司 842.00 西安市泰美食品有限公司 800.00 自然人股东:齐淑菊 350.00 |
| Event 21 | 2006-04-26 | 董事 | 【备案前内容】:董事会、经理成员:董事 | 【变更后内容】:董事会、经理成员:董事长 |



|  |  |  | 王生林 |
|---|---|---|---|
| 2005-11-28 | 法定代表人变更 | 【变更前内容】法定代表人:孙存卫 | 【变更后内容】法定代表人:魏文利 |
| 2005-10-28 | 经营范围变更 | 【变更前内容】经营范围:高效农业、有机种植、鲜果、定型包装食品、饮料、瓶装酒的研究、生产、加工（仅限分支机构经营）（有效期至2004年12月31日）及销售（有效期至2005年5月31日）；自营和代理各类商品和技术的进出口但国家限定公司经营或禁止进出口的商品和技术除外。 | 【变更后内容】经营范围:猕猴桃果酒、果汁、果酱、饮品系列、农副产品深加工（仅限分支机构经营）（许可证有效期至2006年04月1日）；高效农业、有机种植、定型包装食品、饮料、瓶装酒的销售（许可证有效期至2006年7月13日）；自营和代理各类商品和技术的进出口经营。（国家限定的商品和技术除外）*** |
| 2004-06-14 | 经营范围变更 | 【变更前内容】经营范围:猕猴桃果酒、果汁、饮品系列的生产（限分支机构经营）销售（许可证有效期至2007年01月27日）；自营和代理各类商品和技术的进出口但国家限定公司经营或禁止进出口的商品和技术除外。 | 【变更后内容】经营范围:高效农业、有机种植、鲜果、定型包装食品、饮料、瓶装酒的研究、生产、加工（仅限分支机构经营）（有效期至2004年12月31日）及销售（有效期至2005年5月31日）；自营和代理各类商品和技术的进出口但国家限定公司经营或禁止进出口的商品和技术除外。 |
| 2004-03-22 | 注册资本（金）变更 | 【变更前内容】注册资本:2850.00 | 【变更后内容】注册资本:4000.00 |
| 2004-03-22 | 住所变更 | 【变更前内容】住所:西安市兴庆南路89号启光数码大厦8层 | 【变更后内容】住所:西安市凤城二路9号 |
| 2004-03-22 | 经营范围变更 | 【变更前内容】经营范围:高效农业、有机种植、果品、食品、饮品、园艺的研究、生产、加工、销售；自营和代理各类商品和技术的进出口(国家限定公司经营或禁止进出口的商品和技术除外)。 | 【变更后内容】经营范围:猕猴桃果酒、果汁、饮品系列的生产（限分支机构经营）销售（许可证有效期至2007年01月27日）；自营和代理各类商品和技术的进出口但国家限定公司经营或禁止进出口的商品和技术除外。 |

Event 27 → 2005-11-28
Event 28 → 2005-10-28
Event 29 → 2004-06-14
Event 31 → 2004-03-22
Event 30 → 2004-03-22
Event 32 → 2004-03-22