Paul J. Hickey, Esq. (5-1431)
Richard D. Bush, Esq. (5-2647)
John A. Coppede, Esq. (5-2485)
HICKEY & EVANS, LLP
1800 Carey Avenue, Suite 700
P.O. Box 467
Cheyenne, WY 82003-0467
Ph: (307) 634-1525
Fx: (307) 638-7335
*Attorneys for Defendants*
*Absaroka Capital Management, LLC and Kevin Barnes*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| SKYPEOPLE FRUIT JUICE, INC., | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 11-CV-238F |
| ABSAROKA CAPITAL MANAGEMENT, LLC, a Wyoming LLC, KEVIN BARNES, an individual, and DOES 1 through 10, | ) |
| Defendants. | ) |

ANSWER OF DEFENDANTS ABSAROKA CAPITAL MANAGEMENT, LLC AND
KEVIN BARNES TO PLAINTIFF'S FIRST AMENDED COMPLAINT

# EXHIBIT 9

# SPU-SAIC RECONCILIATION HULUDAO

# Huludao Wonder Fruit Co.
## 2009 SAIC Financial Information
## Provided by Inter-Credit

Note: Red-box highlighting of a financial information line item indicates it has been independently corroborated by the documents retrieved by Akin Gump Strauss Hauer & Feld LLP

资产负债表
2009年12月31日

编制单位：葫芦岛万佳果业有限责任公司            单位：千元

| 资　产 | 期末余额 |
|---|---:|
| **流动资产：** | |
| 货币资金 | 130 |
| 交易性金融资产 | 0 |
| 应收票据 | 0 |
| 应收账款 | 4,620 |
| 预付款项 | 2,680 |
| 应收利息 | 0 |
| 应收股利 | 0 |
| 其他应收款 | 870 |
| 存货 | 12,770 |
| 一年内到期的非流动资产 | 0 |
| 其他流动资产 | 20 |
| 流动资产合计 | 21,090 |
| **非流动资产：** | |
| 可供出售金融资产 | 0 |
| 持有至到期投资 | 0 |
| 长期应收款 | 0 |
| 长期股权投资 | 0 |
| 投资性房地产 | 0 |
| 固定资产 | 48,950 |
| 在建工程 | 0 |
| 工程物资 | 0 |
| 无形资产 | 36,050 |
| 开发支出 | 0 |
| 商誉 | 0 |
| 长期待摊费用 | 0 |
| 递延所得税资产 | 0 |
| 其他非流动资产 | 0 |
| 非流动资产合计 | 85,000 |
| 资产总计 | 106,090 |
| **流动负债：** | |
| 短期借款 | 37,000 |
| 交易性金融负债 | 0 |
| 应付票据 | 0 |
| 应付账款 | 4,370 |
| 预收款项 | 23,450 |
| 应付职工薪酬 | 720 |
| 应交税费 | -1,130 |
| 应付利息 | 0 |

| | |
|---|---:|
| 应付股利 | 0 |
| 其他应付款 | 200 |
| 一年内到期的非流动负债 | 0 |
| 其他流动负债 | 290 |
| 流动负债合计 | 64,900 |
| 非流动负债 | |
| 长期借款 | 0 |
| 应付债券 | 0 |
| 长期应付款 | 0 |
| 专项应付款 | 0 |
| 预计负债 | 0 |
| 递延所得税负债 | 0 |
| 其他非流动负债 | 0 |
| 非流动负债合计 | 0 |
| 负债合计 | 64,900 |
| 所有者权益（或股东权益）合计 | 41,190 |
| 负债和所有者权益（或股东权益）合计 | 106,090 |

### 利润表
### 2009年12月31日

编制单位：葫芦岛万佳果业有限责任公司          单位：千元

| 项　目 | 本年金额 |
|---|---:|
| 一、营业收入 | 9,190 |
| 减：营业成本 | 9,770 |
| 销售费用 | 290 |
| 管理费用 | 3,890 |
| 财务费用 | 4,110 |
| 加：其他业务利润 | 60 |
| 三、利润总额（损失以"-"号填列） | -8,810 |
| 减：所得税 | 0 |
| 四、净利润（损失以"-"号填列） | -8,810　← IS-4 |



# Huludao Wonder Fruit Co.
# SAIC Information Provided by Akin Gump

> Note: Red box highlighting of an item indicates that the marked item is the same as an item in the financial information appended to Absaroka's Report dated June 1, 2011



企业机读档案登记资料

企业目前状态：登记成立

企业名称：葫芦岛万佳果业有限责任公司 ← Address

住所：绥中县高台乡胡家村

企业法人营业执照：211421004006775 ← Registration Number

电话：3117898

企业类型：有限责任公司　　　　　　副本数：1

注册资本：人民币5888万元 （实收资本：人民币5888万元） ← Registered Capital

法定代表人：闫晓琴

登记机关：绥中县工商行政管理局 ← Registration Authority　　核准日期：二○一○年一月十九日

所属行业：蔬菜、水果和坚果加工 ←　　　　成立日期：二○○三年十一月二十一日

最后一次年检时间：2011-07-08　　　　经营截止日期：二○一八年十一月二十日

经营范围：蔬菜、水果系列产品的深加工、储藏及销售（须取得卫生许可证后方可生、经 ← Business Scope
营）；进出口销售。

↑ Main Products

【以上资料仅供参考，盖章后复印无效】



2011年07月25日
登记专用章

# 辽宁中智会计师事务所有限责任公司

## 验 资 报 告

辽中智验字[2008]第 7 号

葫芦岛万佳果业有限责任公司:

我们接受委托, 审验了贵公司截至 2008 年 2 月 29 日止新增注册资本及实收资本情况。按照法律法规以及协议、章程的要求出资、提供真实、合法、完整的验资资料, 保护资产的安全、完整是股东及贵公司的责任。我们的责任是对贵公司新增注册资本及实收资本情况发表审验意见。我们的审验是依据《中国注册会计师审计准则第 1602 号—验资》进行的。在审验过程中, 我们结合贵公司的实际情况, 实施了检查等必要的审验程序。

贵公司原注册资本为人民币 1,000 万元, 实收资本为人民币 1,000 万元。贵公司根据股东关于增资的决定和修改后的章程规定, 申请增加注册资本人民币 4,888 万元, 由资本公积转增资本, 转增基准日期为 2008 年 2 月 29 日, 变更后的注册资本为人民币 5,888 ← **Registered Capital** 万元。经我们审验, 截至 2008 年 2 月 29 日止, 贵公司转增前账面资本公积为 5,524 万元, 经贵公司股东的董事会审批将资本公积 4,888 万元转增实收资本后的注册资本可达到 5,888 万元。 ← **Registered Capital**

我们注意到, 贵公司本次增资前的注册资本为人民币 1,000 万

机构名称: 辽宁中智会计师事务所有限责任公司　　E-mail:lnzzcpa@163.com
地址: 葫芦岛市龙港经济开发区龙腾苑 4-17 号　　电话: 0429-3180404　邮编: 125000

1

# 辽宁中智会计师事务所有限责任公司

元，实收资本为人民币 1,000 万元，已经葫芦岛海信会计师事务所有限责任公司审验，并于 2004 年 1 月 14 日出具 "葫海信变更验字 [2004] 第 4 号" 验资报告。截至 2008 年 2 月 29 日止，变更后的累计注册资本为人民币 5,888 万元。 Registered Capital

本验资报告供贵公司申请办理注册资本及实收资本变更登记时使用，不应被视为是对贵公司验资报告日后资本保全、偿债能力和持续经营能力等的保证。因使用不当造成的后果，与执行本验资业务的注册会计师及会计师事务所无关。

附件：1、新增注册资本实收情况明细表

2、注册资本及实收资本变更前后对照表

3、验资事项说明

4、验资机构法人营业执照（副本）复印件

辽宁中智会计师事务所
有限责任公司
中国·葫芦岛

中国注册会计师：昝香兰

中国注册会计师：魏广生

二〇〇八年四月七日

机构名称：辽宁中智会计师事务所有限责任公司    E-mail: lnzzcpa@163.com
地址：葫芦岛市龙港经济开发区龙腾苑 4-17 号     电话：0429-3180404  邮编：125000

2

# 新增注册资本实收情况明细表

单位名称：葫芦岛万世果业有限责任公司　　截至2008年2月29日止　　货币单位：人民币万元

| 股东名称 | 认缴新增注册资本 | 认缴新增资本的实际出资情况 | | | | | | 其中：实收资本 | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | 货币 | 实物 | 无形资产 | 土地使用权 | 合计 | 占新增注册资本% | 金额 | 占新增注册资本% | 其中：货币出资 | |
| | | | | | | | | | | 金额 | 占新增注册资本% |
| 葫芦岛万世果业（集团）有限公司 | 4,888 | | | | | 4,888 | 100 | 4,888 | | — | — |
| 合计 | 4,888 | | | | | 4,888 | 100 | 4,888 | | — | — |

单位盖章：　　　　　　　　　　　　　　　　　　　　　　　签章日期：2008年3月25日

注：对于2006年1月1日以前成立的被审验单位，本表"其中：货币出资"、"金额"和"占注册资本总额%"为自2006年1月1日起至本次验资验止日止全体股东的货币出资金额及其占该期间新增注册资本的比例。

# 注册资本及实收资本变更前后对照表

单位名称：葫芦岛万佳果业有限责任公司

截至2008年2月29日止

货币单位：万元

| 序号 | 股东名称 | 认缴注册资本 | | | | | 实收资本 | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | 变更前 | | 变更后 | | 本次增加额 | 金额 | 占注册资本总额% | 其中：货币出资 | |
| | | 金额 | 出资比例% | 金额 | 出资比例% | | | | 金额 | 其中募集资本出资% |
| 1 | 陕西天人对机农科贸绿色有限公司 | 1,000 | 100 | 5,888 | 100 | 4,888 | 5,888 | 100 | — | — |
| | | | | | | | | | — | — |
| | | | | | | | | | — | — |
| | | | | | | | | | — | — |
| | | | | | | | | | — | — |
| | | | | | | | | | — | — |
| | | | | | | | | | — | — |
| | | | | | | | | | — | — |
| | | 1,000 | 100 | 5,888 | 100 | 4,888 | 5,888 | 100 | — | — |

*(Registered Capital: 5,888)*

注：对于2006年1月1日以前成立的被审验单位，本表"其中：货币出资"中的"金额"和"占注册资本总额%"为自2006年1月1日起至该期间新增注册资本的比例。

登零朔：2008年3月1日起止本次验资截止日全体股东的货币出资金额及其占注册资本总额% 为日 00日止全体股东的货币出资及本次验资截止日止

单位签章：

# 验资事项说明

〈本文币种为人民币〉

一、基本情况

葫芦岛万佳果业有限责任公司（以下简称贵公司）成立于 2003 年 11 月 21 日，系由牛洪玲等 6 名自然人共同出资设立的有限责任公司，设立时注册资本 100 万元；2004 年初注册资本变更为 1,000 万元，增加路珂为股东；2007 年 6 月 7 日股东变更为陕西合德创业投资管理有限公司。2008 年 3 月 17 日股东变更为陕西天人有机食品股份有限公司。贵公司的公司登记机关为绥中县工商行政管理局，企业法人营业执照注册号为 211421004006775 号，原注册资本和实收资本均为 1,000 万元。根据修改后章程的规定，贵公司申请增加注册资本人民币 4,888 万元，变更后的注册资本为人民币 5,888 万元。贵公司股东仍然是陕西天人有机食品股份有限公司。

二、新增资本的出资规定

根据修改后章程的规定，贵公司申请新增的注册资本为 4,888 万元，全部由陕西天人有机食品股份有限公司认缴，出资方式为以资本公积转增注册资本。

三、审验结果

截至 2008 年 2 月 29 日止，贵公司转增前账面资本公积为 5,524 万元，经贵公司股东的董事会审批将资本公积 4,888 万元转增实收

163

资本后的注册资本可达到 5,888 万元。新增实收资本占新增注册资本的 100%。转增后股东的出资情况为：

陕西天人有机食品股份有限公司出资累计 5,888 万元。本次新增出资额 4,888 万元，其中以资本公积增加出资 4,888 万元。

变更后累计实收资本为人民币 5,888 万元，占变更后注册资本的 100%。陕西天人有机食品股份有限公司出资人民币 5,888 万元，占变更后注册资本的 100%。

贵公司转增前后财务报表相关项目的情况如下表（货币单位为万元）：

| 财务报表科目 | 转增前 | 增加 | 减少 | 转增后 |
|---|---|---|---|---|
| 实收资本 | 1,000 | 4,888 | | 5,888 |
| 资本公积 | 5,524 | | 4,888 | 636 |
| 盈余公积 | | | | |
| 其中：法定盈余公积 | | | | |
| 未分配利润 | -880 | | | -880 |

葫芦岛万佳果业有限责任公司验资事项说明第 2 页 共 2 页